| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 3:18CR00193-01 |

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

2:26-cr-00139-GMN-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of Louisiana | Monroe Divisoin |

**NAME OF SENTENCING JUDGE**

Terry A. Doughty

| | | |
|---|---|---|
| | FILED ✔ | RECEIVED |
| | ENTERED | SERVED ON |

Adrian Terrell Riser

**JULY 08 2026**

CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA

BY: AMMi DEPUTY

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/12/2026 | 03/11/2029 |

**OFFENSE**
Felon in Possessoin of a Firearm

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Louisiana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Nevada___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___07/01/2026___
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___District___ DISTRICT OF ___Nevada___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___July 9, 2026___
*Effective Date*

_____
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Adrian Riser**

**Case No.:  TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

July 7, 2026

TO:    United States District Judge

On January 2, 2019, Riser was sentenced in the Western District of Louisiana by the Honorable Terry Doughty to 110 months custody followed by 3 years supervised release for committing the offense of Felon in Possession of a Firearm. Riser is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Terry Doughty, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed
by Cecil McCarroll
Date: 2026.07.08
09:30:01 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.07.08
09:12:59 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer